

IN THE
TENTH COURT OF APPEALS

No. 10-10-00141-CV

ROBERT A. SWEARINGEN,
GKG.NET, INC., PAUL MARVIN,
AND TAYLOR MARVIN,

                                        Appellants

 v.

MITCHELL RUDDER PROPERTIES, LP,
SUCCESSOR IN INTEREST TO KARBROOKE, INC.,

                                        Appellee

From the 85th District Court
Brazos County, Texas
Trial Court No. 06-003373-CV-85

## MEMORANDUM  OPINION

Appellants have filed an "Unopposed Motion to Dismiss Appeal."  *See* TEX. R.

APP. P. 42.1(a)(1).  It states that the parties have entered into a settlement agreement and

that Appellants seek dismissal of this appeal with costs to be assessed against the party

incurring them.

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled.  The motion is granted, and the appeal is dismissed with each party to pay the costs in this behalf expended as they have been incurred.


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Dismissed
Opinion delivered and filed May 30, 2012
[CV06]